# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CAROL ALLAIN,

    Plaintiffs,

v.                                                           Case No. 6:23-CV-992-CEM-RMN

SANOFI-AVENTIS U.S. LLC ET AL.,

    Defendants.
_____/

## **NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

    Plaintiff Carol Allain and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

    The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months.

Dated: July 9, 2024                                Respectfully submitted,

                                                              *J. Christopher Elliott*
                                                              J. Christopher Elliott
                                                              E:Mail: celliott@coloradolaw.net
                                                              950 17th Street, Ste. 1050
                                                              Denver, CO 80202
                                                              T: (303) 893-9800

                                                              *Connor J. Sears*
                                                               Connor J. Sears (Florida Bar No. 91223)
                                                              E:Mail: csears@shb.com
                                                              2555 Grand Blvd.

Kansas City, MO 64108
T: (816) 474-6550

2