UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CAROL ALLAIN,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No. 6:23-cv-992-CEM-RMN

**SANOFI-AVENTIS U.S. LLC and
SANOFI US SERVICES INC,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Pending Settlement (Doc. 55), which advises the Court that the above-styled action has been settled and requests the Court vacate all pending deadlines and stay this matter for six months. The Court cannot manage its busy docket when deadlines are suspended pending completion of the parties' Master Settlement Agreement.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within ninety days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record